LAW OFFICES OF

# Ronis & Ronis

JOHN GEORGE RONIS
JAN EDWARD RONIS
JASON A. RONIS

105 WEST F STREET
THIRD FLOOR
SAN DIEGO, CALIFORNIA 92101-6036

TELEPHONE (619) 236-8344
FAX (619) 236-8820
info@ronisandronis.com

April 24, 2008

Re:  U.S.A. v. GLENN SWIFT
     Case No. 08MJ1161

Honorable Barbara L. Major:

We are the sureties in the above-entitled case and we do hereby agree that the following conditions set for Glenn Swift's original bond be modified as follows;

1)   That Glenn Swift be allowed to travel within the Central District of California.

We understand this is a modification of his original bond conditions, however we agree to be bound on the bond the same as we were when the original conditions were put into effect.

_____
PATRICIA SWIFT

_____
MARK SWIFT