FILED

08 APR 28 PM 1:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE BARBARA L. MAJOR, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08MJ1161 |
| Plaintiff, | ORDER |
| v. | |
| GLENN SWIFT, | |
| Defendant. | |

IT IS HEREBY ORDERED, based upon the foregoing Joint Motion and good cause shown, that defendant GLENN SWIFT's pretrial travel restrictions be modified to expand his travel restriction to the Central District of California.

All other conditions to remain as previously set.

**SO ORDERED.**

Dated: 4/28/08

HONORABLE BARBARA L. MAJOR
United States District Court Judge

1

08MJ1161